CONCRETE ARCH CO., INC., V. THOMAS J. WATERS & SONS, INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOGAN KALB V. DOLLAR STEAMSHIP LINES, INC., LTD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CLARA TRINKLE V. KATIE FLESS and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ISIDORE MITCHELL V. CENTRAL MANHATTAN CONSTRUCTION CORPORATION and Others, Impleaded with KINGSTON SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSALIE HOCHSTETER V. SAM SCHNUR and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SHEP SALES CORPORATION V. EUGENE ROBERT SIERING, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WARNER-QUINLAN COMPANY V. HARTOL PRODUCTS CORPORATION and Another. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

KAROLINE KUSZEWSKA V. STEIGER HOTEL OPERATING CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THOMAS DWYER V. R. V. W. REALTY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O Malley and Untermyer, JJ.

WILLIAM G. MULLIGAN, JR., V. ELMER A. PERINE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM GILLIS V. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.— Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ

OLEN BASSFORD V. STANDARD SHIPPING COMPANY.— Mot'on for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.— Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

C. P. W.-NINETY-SECOND STREET CORPORATION V. HENRY M. MORETSKY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRENE FRANKENSTEIN, Suing on Her Own Behalf as a Stockholder and on Behalf of All Other Stockholders of the ANACONDA COPPER MINING COMPANY Similarly Situated, etc., V. ANACONDA COPPER MINING COMPANY and Others, Impleaded with CORNELIUS F. KELLEY, CHARLES E. MITCHELL, WILLIAM THORN-TON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.